NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONALD WALKER,                              )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No. 2D18-1384
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed October 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Highlands County; Peter F. Estrada,
Judge.

Donald Walker, pro se.


PER CURIAM.


            Affirmed.



CASANUEVA, CRENSHAW, and BLACK, JJ., Concur.